UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 8:26-cv-00629-JWH(JDEx) | Date | May 27, 2026 |
|---|---|---|---|
| Title | *Franciscot Auguste et al. v. Joseph B. Edlow* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Curtis Lee Morrison | Haena Lee |

**Proceedings:    HEARING RE: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [14]**

Counsel state their appearances.  The Court confers with counsel regarding the Court's Tentative Order and hears oral argument.  For the reasons stated on the record, Plaintiff's Motion for Preliminary Injunction [ECF No. 14] is taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

Time:    00:28
Initials of Preparer: cla