**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

FRANCISCOT AUGUSTE, et al.,

Plaintiff,

v.

JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services,

Defendant.

Case No. 8:26-cv-00629-JWH-JDE

**ORDER APPROVING UNOPPOSED MOTION FOR LEAVE TO FILE AFTER OCTOBER 16 DEADLINE**

The Court has received and reviewed Plaintiff's Unopposed Motion For Leave To File After October 16 Deadline. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Unopposed Motion is **APPROVED**.

2. Plaintiffs are **GRANTED** leave to file their Reply, which was attached to their Unopposed Motion (ECF No. 58), and it is considered timely.

**IT IS SO ORDERED.**

Dated: October 20, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE