**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

FRANCISCOT AUGUSTE, *et al.*,

Plaintiffs,

v.

JOSEPH B. EDLOW,

Defendant.

Case No. 8:26-cv-00629-JWH-JDE

**ORDER APPROVING STIPULATION**

The Court has received and reviewed the Stipulation to Submit Plaintiff Mahdi Dizani's Renewed Motion for Preliminary Injunction on the Papers. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED**.

2. The hearing on Plaintiff's Renewed Motion for Preliminary Injunction, currently set for October 30, 2026, at 9:00 a.m., is **VACATED**.

3. Plaintiff's Renewed Motion for Preliminary Injunction is submitted on the briefs and papers filed by the parties pursuant to L.R. 7-15. The Court will decide the motion without oral argument.

**IT IS SO ORDERED.**

Dated: October 26, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE